AXLER v. CITY OF WILMINGTON

No. 81 PC.

Case below: 25 N.C. App. 110.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

DAYS INN v. BOARD OF TRANSPORTATION

No. 47 PC.

Case below: 24 N.C. App. 636.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

DUGGINS v. BOARD OF EXAMINERS

No. 88 PC.

Case below: 25 N.C. App. 131.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 6 May 1975.

DUNN v. DUNN

No. 77 PC.

Case below: 24 N.C. App. 713.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.

FINANCE CORP. v. LANGSTON

No. 68 PC.

Case below: 24 N.C. App. 706.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 May 1975.